LAW OFFICE OF ERIC OLLASON
ATTORNEY AT LAW
182 NORTH COURT
TUCSON, ARIZONA 85701
TELEPHONE (520) 791-2707
PCC NO. 4349
SBA # 014860

**Attorney for Debtors**

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

DONALD ERNEST EMMONS AND CAROLYN JANE EMMONS,

Debtors.

In proceedings under Chapter 13:

**Case No. 07-01564 TUC JMM**

## Declaration of Evidence of Employers' Payments Within 60 Days

■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition.

☐ Debtor has received no payment advices, pay stubs of other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $ _____.

Debtors declare the foregoing to be true and correct under penalty of perjury.

RESPECTFULLY SUBMITTED THIS __21ST__ day of September , 2007.

/s/ Eric Ollason
Eric Ollason
Attorney at Law

| CHECK NO. | SOC. SEC. NO. | PAY ID | EMPLOYEE NAME | PERIOD BEG. | PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|---|---|
| 001920 | *********** | | DONALD E EMMONS | 05/26/2007 | 06/08/2007 | 06/15/2007 |

| EARNINGS | | | | TAXES | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | RATE | AMOUNT | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
| Rate 1 | | | 3,000.00 | FIT W/H | 217.40 | 1,560.67 | | | |
| | | | | FICA | 186.00 | 1,752.85 | | | |
| | | | | Medicare | 43.50 | 409.94 | | | |
| | | | | AZ W/H | 41.31 | 296.56 | | | |
| | | | | $2,511.79 goes to account 00000XXXXX | | | | | |
| TOTALS | | | $3,___.00 | | 488.21 | 4,020.0_ | | | |
| | GROSS PAY YTD --> | | $28,271.75 | | | | | $2,511.79 | <- NET PAY |

## INA ROAD ANIMAL HOSPITAL

7320 N LA CHOLLA BLVD #114
TUCSON AZ 85741
520-544-7700

CANYON COMMUNITY BANK
7981 N ORACLE RD, TUCSON AZ 85704

CHECK NO. **001920**

| DATE |
|---|
| 06/15/2007 |

91-582
1221

| AMOUNT |
|---|
| **$2,511.79** |

PAY *** **Please see the paystub for Direct Deposit amounts.***

INA ROAD ANIMAL HOSPITAL

TO THE
ORDER
OF:

**DONALD E EMMONS**
**11252 N TWIN SPUR COURT**
**ORO VALLEY AZ 85737**

**NON–NEGOTIABLE COPY**
AUTHORIZED SIGNATURE

⑈001920⑈ ⑆122105825⑈ 1200104420⑈

**NON–NEGOTIABLE COPY**
AUTHORIZED SIGNATURE

# INA ROAD ANIMAL HOSPITAL

7320 N LA CHOLLA BLVD #114
TUCSON AZ 85741
520-544-7700

CANYON COMMUNITY BANK
7981 N ORACLE RD, TUCSON AZ

CHECK NO. **001942**

| DATE |
|---|
| 06/29/2007 |
| AMOUNT |
| $2,511.79 |

91-582
1221

PAY *** Please see the paystub for Direct Deposit amounts.***

INA ROAD ANIMAL HOSPITAL

TO THE
ORDER
OF:

**DONALD E EMMONS**
**11252 N TWIN SPUR COURT**
**ORO VALLEY AZ 85737**

⑈00 1942⑈ ⑆1221058 25⑆ 1200 1044 2⑈

NA ROAD ANIMAL HOSPITAL, 7320 N LA CHOLLA BLVD #114, TUCSON AZ 85741

| CHECK NO. | SOC. SEC. NO. | PAY ID | | EMPLOYEE NAME | | | PERIOD BEG. | PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|---|---|---|---|---|
| 001942 | ********** | | | DONALD E EMMONS | | | 06/09/2007 | 06/22/2007 | 06/29/2007 |

| EARNINGS | | | | TAXES | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | RATE | AMOUNT | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD | |
| Rate 1 | | | 3,000.00 | FIT W/H | 217.40 | 1,778.07 | | | | |
| | | | | FICA | 186.00 | 1,938.85 | | | | |
| | | | | Medicare | 43.50 | 453.44 | | | | |
| | | | | AZ W/H | 41.31 | 337.87 | | | | |
| | | | | $2,511.79 goes to account 00000XXXXX | | | | | | |
| TOTALS | | | $3,000.00 | | 488.21 | 4,508.23 | | | | |
| | GROSS PAY YTD --> | | $31,271.75 | | | | | | $2,511.79 | <-- NET PAY |

INA ROAD ANIMAL HOSPITAL, 7320 N LA CHOLLA BLVD #114, TUCSON AZ 85741

| CHECK NO. | SOC. SEC. NO. | PAY ID | EMPLOYEE NAME | | PERIOD BEG. | PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|---|---|---|
| 001966 | *********** | | DONALD E EMMONS | | 06/23/2007 | 07/06/2007 | 07/13/2007 |

| EARNINGS | | | | TAXES | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | RATE | AMOUNT | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
| Rate 1 | | | 3,000.00 | FIT W/H | 217.40 | 1,995.47 | | | |
| | | | | FICA | 186.00 | 2,124.85 | | | |
| | | | | Medicare | 43.50 | 496.94 | | | |
| | | | | AZ W/H | 41.31 | 379.18 | | | |
| | | | | $2,511.79 goes to account 00000XXXXX | | | | | |
| TOTALS | | | $3,000.00 | | 488.21 | 4,996.44 | | | |
| | GROSS PAY YTD --> | | $34,271.75 | | | | | $2,511.79 | <-- NET PAY |

# INA ROAD ANIMAL HOSPITAL

7320 N LA CHOLLA BLVD #114
TUCSON AZ 85741
520-544-7700

CANYON COMMUNITY BANK
7981 N ORACLE RD, TUCSON AZ 85704

CHECK NO. **001966**

| DATE | 91-582 |
|---|---|
| **07/13/2007** | 1221 |
| AMOUNT | |
| **$2,511.79** | |

PAY *** **Please see the paystub for Direct Deposit amounts.*** 

**INA ROAD ANIMAL HOSPITAL**

TO THE **DONALD E EMMONS**
ORDER **11252 N TWIN SPUR COURT**
OF: **ORO VALLEY AZ 85737**

**NON-NEGOTIABLE COPY**
AUTHORIZED SIGNATURE

| CHECK NO. | SOC. SEC. NO. | PAY ID | EMPLOYEE NAME | PER. BEG. | PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|---|---|
| 001991 | *********** | | DONALD E EMMONS | 07/07/2007 | 07/20/2007 | 07/27/2007 |

| EARNINGS | | | | TAXES | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | RATE | AMOUNT | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
| Rate 1 | | | 3,000.00 | FIT W/H | 217.40 | 2,212.87 | | | |
| | | | | FICA | 186.00 | 2,310.85 | | | |
| | | | | Medicare | 43.50 | 540.44 | | | |
| | | | | AZ W/H | 41.31 | 420.49 | | | |
| | | | | $2,511.79 goes to account 00000XXXXX | | | | | |
| TOTALS | | | $3,000.00 | | 488.21 | 5,484.65 | | | |
| | GROSS PAY YTD --> | | $37,271.75 | | | | | $2,511.79 | <-- NET PAY |

# INA ROAD ANIMAL HOSPITAL

7320 N LA CHOLLA BLVD #114
TUCSON AZ 85741
520-544-7700

CANYON COMMUNITY BANK
7981 N ORACLE RD, TUCSON AZ 85704

CHECK NO. **001991**

| DATE |
|---|
| 07/27/2007 |

91-582
1221

| AMOUNT |
|---|
| $2,511.79 |

PAY *** Please see the paystub for Direct Deposit amounts.***

INA ROAD ANIMAL HOSPITAL

TO THE
ORDER
OF:

**DONALD E EMMONS**
**11252 N TWIN SPUR COURT**
**ORO VALLEY AZ 85737**

**NON–NEGOTIABLE COPY**
AUTHORIZED SIGNATURE

⑈"001991⑈" ⑆121105825⑆ 12001044 2⑈"

ROAD ANIMAL HOSPITAL, 7320 N LA CHOLLA BLVD #114, TUCSON AZ 85741

| | | | | EMPLOYEE NAME | PER | REG. | PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|---|---|---|---|
| CHECK NO. | SOC. SEC. NO. | PAY ID | | | 08/04/ | | 08/17/2007 | 08/24/2007 |
| 002037 | ********** | | | DONALD E EMMONS | | | | |

| EARNINGS | | | | TAXES | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | RATE | AMOUNT | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD | |
| ate 1 | | | 3,000.00 | FIT W/H | 217.40 | 2,647.67 | | | | |
| | | | | FICA | 186.00 | 2,682.85 | | | | |
| | | | | Medicare | 43.50 | 627.44 | | | | |
| | | | | AZ W/H | 41.31 | 503.11 | | | | |
| | | | | $2,511.79 goes to account 00000XXXXX | | | | | | |
| | | | | | 488.21 | 6,461.07 | | | | |
| TOTALS | | | $3,000.00 | | | | | $2,511.79 | <-- NET PAY | |
| | GROSS PAY YTD --> | | $43,271.75 | | | | | | | |

# INA ROAD ANIMAL HOSPITAL

7320 N LA CHOLLA BLVD #114
TUCSON AZ 85741
520-544-7700

CANYON COMMUNITY BANK
7981 N ORACLE RD, TUCSON AZ 85704

CHECK NO. **002037**

DATE
08/24/2007

91-582
1221

AMOUNT
$2,511.79

PAY *** Please see the paystub for Direct Deposit amounts.***

INA ROAD ANIMAL HOSPITAL

| TO THE | DONALD E EMMONS |
|---|---|
| ORDER | 11252 N TWIN SPUR COURT |
| OF: | ORO VALLEY AZ 85737 |

**NON-NEGOTIABLE COPY**
AUTHORIZED SIGNATURE

⑈002037⑈ ⑆122105825⑆ 12001044 2⑈