Dated: March 24, 2008



_James M. Marlar_

**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

Eric Ollason(AZ Bar #014860)
182 North Court Avenue
Tucson, Arizona 85701
(520) 791-2707
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re:

DONALD ERNEST EMMONS and
CAROLYN JANE EMMONS,

Debtors.

In proceedings under
Chapter 13

No. 07-01564 TUC-JMM

**ORDER CONFIRMING
CHAPTER 13 PLAN AND
APPLICATION FOR
ADMINISTRATIVE EXPENSE**

The Debtors' Plan filed on September 21st, 2007, having been transmitted to the Creditors; and it having been determined after notice and opportunity for objection that:

1. The Plan complies with the provisions of this Chapter and with other applicable provisions of this title;

2. Any fee, charge, or amount required under 28 U.S.C. Chapter 123 or by the Plan, to be paid before confirmation, has been paid;

3. The Plan has been proposed in good faith and not by any means forbidden by law;

4. The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of each allowed unsecured claim is not less than that amount that would be paid on such claim if the estate of the Debtors were liquidated under 11 U.S.C. Chapter 7 on such date. The Plan accommodates payments to the unsecured creditors at pro rata of the amount due.

5. With respect to each allowed secured claim provided for by the Plan—

   a. The holder of such claim has accepted the Plan;

      i. The Plan provides the holder of such claim retain the lien securing such claim; and

      ii. The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of such claim is not less than the allowed amount of such claim; or

   b. The Debtor surrender the property securing such claims to such holder; and

GRANTED

6. The Debtor will be able to make all payments under the Plan and to comply with the Plan;

7. Creditor, EMC, its successors and / or assigns in interest, secured by Debtors' residence, to receive regular monthly payments outside of the Plan, directly from Debtors, with payment provided for in Debtors' budget. Pre petition arrears in the amount of $417.48 shall be paid inside the Plan.

Creditor, HSBC MORTGAGE SERVICES, its successors and / or assigns in interest, secured by Debtors' residence, to receive regular monthly payments outside of the Plan, directly from Debtors, with payment provided for in Debtors' budget. There are no Pre petition arrears to be paid inside the Plan.

Creditor, COUNTRYWIDE HOME LOANS, INC., DBA AMERICA'S WHOLESALE LENDER, its successors and / or assigns in interest, are secured by non-exempt real property located at 3209 E. Bermuda, Tucson, Arizona 85716. The Debtors have surrendered the collateral in full satisfaction of the Creditor's secured claim. Any remaining claim shall be treated as a general unsecured claim.

Creditor, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., its successors and / or assigns in interest, are secured by non-exempt real property located at 2520 N. Camino Principal, Tucson, Arizona 85715. The Debtors have surrendered the collateral in full satisfaction of the Creditor's secured claim. Any remaining claim shall be treated as a general unsecured claim.

Creditor, AMERICAN HOME MORTGAGE SERVICING, INC., its successors and / or assigns in interest, are secured by non-exempt real property located at 10310 East Camino Palo Verde, Tucson, Arizona 85749. The Debtors have surrendered the collateral in full satisfaction of the Creditor's secured claim. Any remaining claim shall be treated as a general unsecured claim

Creditor, COMPASS BANK, secured by a 2003 Toyota Tacoma, is to be paid $18,017.54 as secured, through the Trustee, with interest at 9%. Any unpaid balance is to be classified as paid as a general unsecured

2

claim. In order to provide for adequate protection payments, this Creditor shall receive monthly installments of $180.00 accruing from the first month of the Plan. Said monthly installments shall increase pro - rata with other secured claims.

8. Tax claims to be paid as follows:

Any taxes not paid by the plan or a claim that is not allowed shall be discharged except as provided by 11 U.S.C. § 1328(a).

a. Paid as secured claims:

| Year & Type | | |
|---|---|---|
| 1999 | FUTA & FICA | $6,572.31 (with interest at 8%) |

b. Paid as priority claims:

| Year & Type | | |
|---|---|---|
| 2000 | FICA | $4,052.89 |

c. Paid as unsecured general claim:

| Year & Type | | |
|---|---|---|
| 1999-2000 | FUTA & FICA | $35,742.25 |

9. Administrative claims:

a. All administrative costs and attorney fee balance of $1,874.00 will be paid under the Plan.

b. The Trustee's fees will be determined by the prevailing percentage rate as set by 28 U.S.C. § 586(e)(1)(B) and (e)(2), at the time of confirmation, but shall not exceed a maximum of 10% of payments made by Debtors.

Accordingly,

IT IS ORDERED THAT:

1. The Debtors' Plan be and it is hereby confirmed.

2. Debtors shall pay $530.00 per month to the Trustee, on or before the 17TH day of the month, commencing September 17th, 2007. This payment of $530.00 shall continue for months 1-36 ( September of 2007 to August of 2010). The Debtors shall make a graduated payment of $1,000.00 for months 37-60 (September

3

GRANTED

of 2010 to August of 2012). The Plan shall continue for 60 months from the date of the first payment.

Dated:

_____
Hon. James M. Marlar
United States Bankruptcy Court Judge

Approved as to form by:

_____
James B. Gall
James E. Shively
Poli & Ball, P.L.C.
Attorneys for Compass Bank

_____
TIFFANY & BOSCO
Mark S. Bosco
Leonard J. McDonald
Attorneys for Countrywide Home Loans, Inc.
dba America's Wholesale Lender

_____
TIFFANY & BOSCO
Mark S. Bosco
Leonard J. McDonald
Attorneys for Mortgage Electronic Registration Systems

_____
Ric D. Hulshoff.
Special Assistant United States Attorney

_____
Dianne C. Kerns
Chapter 13 Trustee

SIGNED BY
TRUSTEE ON: 3/14/08

/s/ Eric Ollason
Eric Ollason
Attorney for Debtors

4

GRANTED

(September of 2010 to August of 2012). The Plan shall continue for 60 months from the date of the first payment.

Dated: _____

_____
Hon. James M. Marlar
United States Bankruptcy Court Judge

Approved as to form by:

_____
James B. Gall
James E. Shively
Poli & Ball, P.L.C.
Attorneys for Compass Bank

_____
TIFFANY & BOSCO
Mark S. Bosco
Leonard J. McDonald
Attorneys for Countrywide Home Loans, Inc.
dba America's Wholesale Lender

_____
TIFFANY & BOSCO
Mark S. Bosco
Leonard J. McDonald
Attorneys for Mortgage Electronic Registration Systems

_____
Ric D. Hulshoff.
Special Assistant United States Attorney

_____
Dianne C. Kerns
Chapter 13 Trustee

/s/ Eric Ollason
_____
Eric Ollason
Attorney for Debtors

4

of 2010 to August of 2012). The Plan shall continue for 60 months from the date of the first payment.

Dated:

_____
Hon. James M. Marlar
United States Bankruptcy Court Judge

Approved as to form by:

_____
James B. Gall
James E. Shively
Poli & Ball, P.L.C.
Attorneys for Compass Bank


_____
TIFFANY & BOSCO
Mark S. Bosco
Leonard J. McDonald
Attorneys for Countrywide Home Loans, Inc.
dba America's Wholesale Lender


_____
TIFFANY & BOSCO
Mark S. Bosco
Leonard J. McDonald
Attorneys for Mortgage Electronic Registration Systems


_____
Ric D. Hulshoff.
Special Assistant United States Attorney


_____
Dianne C. Kerns
Chapter 13 Trustee


/s/ Eric Ollason
_____
Eric Ollason
Attorney for Debtors

4

GRANTED

# PLAN ANALYSIS

Debtor(s) Donald and Carolyn Emmons

Case No. 07-01564 TUC-JMM

Prior: Bankruptcy

Chapter 13     Date:

Estimated length of Plan: 60 months

TRUSTEE USE:

Section 341(a) Meeting Date:_____

Continued: _____

Confirmed Date:_____ *************************

****************************************************************

TOTAL DEBT PROVIDED FOR UNDER THE PLAN AND ADMINISTRATIVE EXPENSES.

A. TOTAL PRIORITY CLAIMS: ............................................. $ 1,874.00
   1. Unpaid attorney fees ........................................... $ 4,052.89
   2. Taxes ...............................................$4,052.89
      a. IRS..................................$4,052.89

B. TOTAL OF PAYMENTS TO CURE DEFAULTS........... $ 417.48
   1. EMC Mortgage................$417.48

C. PAYMENTS ON SECURED CLAIMS..................... $ 30,436.20
   1. Compass Bank................$22,440.60
   2. IRS Tax Lien....................$7,995.60

D. TOTAL OF PAYMENTS ON GENERAL
   UNSECURED CLAIMS.................................. $ 1,891.43
E. ESTIMATED COURT COSTS................. $ 100.00
F. SUBTOTAL......................................... $38,772.00
G. TOTAL OF TRUSTEE'S COMPENSATION (10% of
   Debtor(s)' payments)............................ $ 4,308.00
H. TOTAL DEBT AND ADMINISTRATIVE EXPENSES...... $ 43,080.00

*************************************************************

## CHAPTER 7 RECONCILIATION

I. INTEREST OF GENERAL UNSECURED CREDITORS IF CHAPTER 7 FILED.
   1. Value of Debtor(s)' interest in nonexempt property.................$-0-
   2. Plus: value of property recoverable under avoiding powers......$-0-
   3. Less: estimated Chapter 7 administrative expenses.................... $250.00
   4. Less amounts payable to priority creditors
      other than costs of administration ...............................$ -0-
   5. Equals: estimated amount payable to general
      unsecured creditors if Chapter 7 filed..........................$-0-
J. ESTIMATED DIVIDEND FOR GENERAL UNSECURED
   CREDITORS UNDER CHAPTER 7 ...........................$-0-
K. ESTIMATED DIVIDEND UNDER PLAN .........................$1,891.43
**IF THERE ARE DISCREPANCIES BETWEEN THE PLAN AND THE PLAN
ANALYSIS, THE PROVISIONS OF THE PLAN AS CONFIRMED CONTROL.

6

GRANTED